# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| PETER PROTOPAPAS in his capacity as Court-Appointed Receiver and THE OFFICIAL COMMITTEE OF TALC CLAIMANTS,<br><br>*Appellants*,<br><br>v.<br><br>WHITTAKER, CLARK & DANIELS, INC.,<br><br>*Appellee*. | **Civil Action No. 23-4151 (ZNQ)** |

## NOTICE OF APPEAL

Notice is hereby given that Appellant Peter Protopapas, in his capacity as court-appointed receiver, appeals to the United States Court of Appeals for the Third Circuit from the Order dismissing the appeal from the bankruptcy court (Dkt. 37) entered on the 31st day of May, 2024, including all interlocutory orders that merge into the final judgment, including but not limited to the Opinion (Dkt. 36) also entered on the 31st day of May, 2024.

| | |
|---|---|
| Dated: July 1, 2024 | */s/ Harvey Bartle IV* <br> **MORGAN, LEWIS & BOCKIUS LLP** <br> Harvey Bartle IV <br> 502 Carnegie Center <br> Princeton, NJ 08540-6241 <br> Telephone: (609) 919-6685 <br> Email: harvey.bartle@morganlewis.com <br> <br> Andrew J. Gallo <br> One Federal Street <br> Boston, MA 02110 <br> Telephone: (617) 341-7700 <br> Facsimile: (617) 341-7701 <br> <br> Bryan M. Killian <br> David B. Salmons <br> 1111 Pennsylvania Ave. NW <br> Washington, DC 20004-2541 <br> Telephone: (202) 739-3000 <br> Facsimile: (202) 739-3001 <br> <br> *Attorneys for Peter Protopapas, in his capacity as Court-Appointed Receiver* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 1, 2024, a true and correct copy of the foregoing document was served via electronic filing upon the counsel of record via the ECF system.

Dated: July 1, 2024                                                                                                  *s/Harvey Bartle IV*
                                                                                                                                   Harvey Bartle IV